UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON STEPHEN REDHEAD,<br><br>    Plaintiff,<br><br>v.<br><br>KAREN ZHOU, et al.,<br><br>    Defendants. | Case No. 16-cv-03121-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

In accordance with Civil Local Rule 3-12(c), the Court refers this case, *Redhead v. Jhou*, No. 16-cv-3121-JD, to Judge Yvonne Gonzalez Rogers, to determine whether it is related to *Redhead v. Mercy Housing*, No. 16-cv-941-YGR and *Redhead v. Giangiobbe*, No. 16-cv-3123-YGR.

**IT IS SO ORDERED.**

Dated: June 21, 2016

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON STEPHEN REDHEAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAREN ZHOU, et al.,<br><br>　　　　Defendants. | Case No.　16-cv-03121-JD<br><br>**CERTIFICATE OF SERVICE** |

　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　That on June 22, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ron Stephen Redhead
350 Golden Gate Ave., #508
San Francisco, CA 94102


Dated: June 22, 2016

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO

2